PAUL J. RAMOS *v.* WILLIAM COHN
(4418)

BORDEN, SPALLONE and BIELUCH, Js.
Argued May 9—decision released June 3, 1986

*William Cohn,* pro se, the appellant (defendant).

*Vincent P. Adley,* for the appellee (plaintiff).

PER CURIAM. In this action on a promissory note, the defendant appeals from the judgment of the trial court in favor of the plaintiff. He claims that the court erred in denying his motion to amend his pleadings shortly

before trial. We have fully considered the arguments of the defendant and find that he has not established that the court abused its discretion.

There is no error.